**Clinton McCULLOUGH, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 75180.**

Missouri Court of Appeals, Western District.

June 4, 2013.

Jeffrey B. Berman, for Appellant.

Bart A. Matanic, Jefferson City, for Respondent.

Before Division Four: JAMES E. WELSH, Chief Judge, VICTOR C. HOWARD, Judge and MICHAEL MANNERS, Special Judge.

### ORDER

PER CURIAM:

Clinton McCullough appeals the decision of the Labor and Industrial Relations Commission denying his claim for unemployment benefits because he was discharged for misconduct connected with work. On appeal, Mr. McCullough claims that the Commission's finding of misconduct was not supported by competent evidence. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The decision of the Commission is affirmed. Rule 84.16(b).